NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**NYKO TECHNOLOGIES, INC., a California corporation,**
*Plaintiff-Appellant,*

v.

**ENERGIZER HOLDINGS, INC., a Missouri corporation, EVEREADY BATTERY COMPANY, INC., a Delaware corporation,** AND **PERFORMANCE DESIGNED PRODUCTS LLC, a California limited liability company,**
*Defendants-Appellees.*

---

2014-1085

---

Appeal from the United States District Court for the Central District of California in No. 2:12-cv-03001-GAF-VBK, Judge Gary Feess.

---

**JUDGMENT**

---

ART HASAN, Christie, Parker & Hale, LLP, of Glendale, California, argued for plaintiff-appellant. With him on the brief were G. WARREN BLEEKER and KATHERINE L. QUIGLEY.

STEVEN M. HANLE, Sheppard, Mullin Richter & Hampton LLP, of Costa Mesa, California, argued for defendants-appellees. With him on the brief were GRAHAM M. BUCCIGROSS, MATTHEW M. MUELLER, and DANIEL N. YANNUZZI, of San Diego, California.

_____

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (DYK, O'MALLEY, and TARANTO, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

| January 12, 2015 | /s/  Daniel  E.  O'Toole |
|:---:|:---|
| Date | Daniel E. O'Toole |
| | Clerk of Court |